No. 46608.—Protests 58684–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J.   In accordance with the ruling in Abstract 45502, holding manger sets, the same as those in question, dutiable as entireties in chief value of papier-mâché at 25 percent under paragraph 1403, the protests were sustained.